# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| EARL STRONG, | ) Case No. 17-10106 (BLS) |
| | ) |
| Debtor. | ) |
| | ) |
| ANDREW R. VARA | ) |
| Acting United States Trustee, Region 3 | ) Adv. No. 17-50646 (BLS) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| EARL STRONG | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT ORDER DENYING DISCHARGE

On December 11, 2017, this Court conducted a trial in this adversary proceeding. Plaintiff Andrew R. Vara, Acting United States Trustee for Region 3, appeared through counsel. Defendant Earl Strong did not appear. Raymond Allen testified in support of Plaintiff, and Plaintiff proffered the testimony of Michael West and Jeoffrey Burtch, both of whom were present in the courtroom. The Court entered Plaintiff's 43 exhibits into evidence. The Court considered the arguments, evidence, and testimony presented at the hearing, as well as the record in this adversary proceeding and Defendant's bankruptcy case. Based on that consideration and the findings of fact and conclusions of law stated on the record under Federal Rule of Bankruptcy Procedure 7052, the Court hereby ORDERS THAT:

1. Earl Strong's discharge is DENIED under 11 U.S.C. §727(a)(2).

2. Earl Strong's discharge is DENIED under 11 U.S.C. §727(a)(4).

- 2 -

3. As a result of the denial of his discharge, Earl Strong is permanently enjoined from filing another bankruptcy—under any chapter of the Bankruptcy Code—seeking to discharge any debts that he owed as of January 13, 2017.

Dated: December 1͜4, 2017
Wilmington, Delaware

THE HONORABLE BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE